DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NICOLAS DOMINIQUE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0312

[June 6, 2024]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Rothschild, Judge; L.T. Case No. 05-17224CF10A.

Nicolas Dominique, Live Oak, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***